# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ROSEANNE KINNEY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:21-cv-00554-GSA<br><br>**ORDER GRANTING APPLICATION TO APPEAR PRO HAC VICE**<br><br>**(Doc. 4)** |

David F. Chermol having applied to appear *pro hac vice* on behalf of Plaintiff (doc. 4), and the application demonstrating compliance with Local Rule 180(b)(2), it is hereby **ORDERED** that the application is granted.

IT IS SO ORDERED.

Dated:  **April 5, 2021**           /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28